IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MP,** | No  C-07-05989 VRW |
| Plaintiff, | |
| v | |
| **OFFICE OF ADMINISTRATIVE HEARINGS, et al,** | |
| Defendants. | |

_____

| | |
|---|---|
| **LINDA PEDRAZA, et al,** | |
| Plaintiffs, | No  C-07-04781 VRW |
| v | |
| **ALAMEDA UNIFIED SCHOOL DISTRICT, et al,** | |
| Defendants. | |

_____

| | |
|---|---|
| **LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and on behalf of their son MP,** | |
| Plaintiff, | No  C-05-04977 VRW |
| v | ORDER |
| **ALAMEDA UNIFIED SCHOOL DISTRICT, et al,** | |
| Defendants. | |

_____/

On December 14, 2007, the above-captioned cases, MP v Office of Administrative Hearings, et al (No C-07-05989 VRW) and Linda Pedraza, et al v Alameda Unified School District, et al (No

C-07-04781 VRW), were ordered related to Linda Pedraza and Francisco Pedraza v Alameda Unified School District, et al (No C-05-04977 VRW).  Because Nos C-07-05989 and C-07-04781 concern the same claims and issues as No C-05-04977 and pursuant to FRCP 42(a), the actions are consolidated to avoid unnecessary costs or delay. The parties shall file all further pleadings and motions in No C-05-04977, and the clerk is ordered to close the files No C-07-05989 and No C-07-04781 and terminate any pending motions in those cases.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge